DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
100 W. Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
(775) 784-5181-facsimile

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PINE VIEW ESTATES HOMEOWNERS ASSOCIATION, | ) )<br>) 3:16-cv-0402-MMD-WGC<br>) |
| Petitioner, | ) ) |
| v. | ) **MOTION TO ADMIT GOVERNMENT**<br>) **ATTORNEY (MICHAEL CEJA**<br>) **MARTINEZ)** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) |
| Respondent. | ) ) |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of <u>Michael Ceja Martinez</u> to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney.  It is anticipated that Mr. Martinez will enter an appearance in this action on behalf of the respondent United States Environmental Protection Agency.

Mr. Martinez has been a licensed attorney since 2011. Mr. Martinez is a member in good standing of the California Bar (Bar # 275581). Since 2014, Mr. Martinez has been an attorney employed by the United States Department of Justice, Environment and Natural Resources Division, and his office is located in Washington, D.C.

LR-IA-11-3 provides that, " [u]nless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the

District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustees' Office, or the Federal Public Defender for this District or one of the assistants."

It is respectfully requested that an Order be issued permitting Michael Ceja Martinez to practice before this Court during the period of his employment by the United States as an attorney.  It is anticipated that Mr. Martinez will enter an appearance in this action on behalf of the respondent United States Environmental Protection Agency.

Dated:  August 15, 2016

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____August 15, 2016_____

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO ADMIT GOVERNMENT ATTORNEY (MICHAEL CEJA MARTINEZ)** has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 15th day of August, 2016.

/s/ Greg Addington
GREG ADDINGTON