FRANCIS C. FLAHERTY
Nevada Bar No. 5303
CASEY A. GILLHAM
Nevada Bar No. 11971
DYER LAWRENCE, LLP
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896 telephone
(775) 885-8728 fax
fflaherty@dyerlawrence.com
cgillham@dyerlawrence.com
*Attorneys for Petitioner Pine View Estates Homeowners' Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PINE VIEW ESTATES HOMEOWNERS ASSOCIATION,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondents. | Case No. 3:16-CV-00402-MMD-WGC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

TO THE UNITED STATES DISTRICT COURT:

Petitioner, Pine View Estates Home Owners Association ("PVHOA"), and Respondent, United States Environmental Protection Agency ("EPA"), have agreed and hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) to dismiss this matter with prejudice:

A.    This matter involves PVHOA's appeal of a June 2, 2016 compliance order issued by EPA ("Compliance Order").

B.    On November13, 2018, because the appeal was approaching a resolution, the Parties requested a seventh, 90-day stay of this matter until February 7, 2019, and the Court ordered that stay on November 13, 2018 (ECF No. 27).

C.    The resolution of this petition is based on the settlement of a related matter.  On September 12, 2017, PVHOA and Mark Kizer, another party subject to the Compliance Order, entered into a settlement agreement ("Settlement Agreement") in Kizer v. PTP, Inc. *et al*, Case No.

Dyer Lawrence, LLP
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896

3:15-CV-00120-RCJ-WGC (D. Nev.) (ECF No. 338). There are over 200 defendants in the *Kizer* case, including all of the individual homeowners in Pine View Estates, PVHOA, and the Bureau of Indian Affairs ("BIA"). The Settlement Agreement was contingent on the BIA's approval of the transfer of land comprising the HOA common areas to the HOA in fee simple, a trust-to-fee transfer.[1] The fee lands will serve as collateral for a loan, so that the PVHOA can fund its remediation obligations detailed in the Compliance Order. The BIA approved said trust-to-fee transfer on October 18, 2017 and that transfer was completed on November 20, 2018. On August 7, 2018, the PVHOA received a loan and grant from the U.S. Department of Agriculture to fund its remediation obligations as set forth in the Compliance Order.

        D.      The Parties in this case had anticipated lodging a consent decree addressing the Compliance Order. However, the Parties have since concluded that this matter is better resolved by way of a letter amendment to the Compliance Order. By letter dated December 3, 2018, the EPA amended the Compliance Order to remove Mark Kizer as a respondent to the Compliance Order, which leaves the PVHOA as the sole respondent responsible for meeting the obligations of the Compliance Order. Upon dismissal of this lawsuit, PVHOA intends to fully meet its obligations under the Compliance Order, as amended.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The BIA held title to the land comprising Pine View Estates in trust on behalf of Kizer.

Dyer Lawrence, LLP
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896

Accordingly, IT IS HEREBY STIPULATED by and between the parties hereto, with the approval of the Court, as follows: This matter is dismissed with prejudice and each party to bear their own costs and attorney's fees.

Dated: February 6, 2019.

By: ___/s/ *Michael C. Martinez*___
Michael C. Martinez (CA Bar No. 275581)
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
Michael.C.Martinez@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Tel. (202) 514-0135

Attorney for Respondent

Dated: February 6, 2019.

DYER LAWRENCE, LLP

By: ___/s/ *Francis C. Flaherty*___
Francis C. Flaherty
FFlaherty@dyerlawrence.com
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896
FAX: (775) 885-8728

Attorney for Petitioner

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___Febuary 6___, 2019.

Dyer Lawrence, LLP
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896